```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 46789
   LAWRENCE FRAZIER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-7014


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/21/2004 and was confirmed 02/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 09/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------
CITIFINANCIAL              SECURED NOT I   NOT FILED           .00            .00
FORD MOTOR CREDIT          SECURED              .00            .00            .00
AT & T WIRELESS            UNSECURED        1096.33            .00        1096.33
AT & T WIRELESS            UNSECURED        1119.02            .00        1119.02
COLLECTCORP                UNSECURED       NOT FILED           .00            .00
COLLECTION CORP            NOTICE ONLY     NOT FILED           .00            .00
RESURGENT ACQUISITION LL   UNSECURED        2214.32            .00        2214.32
UNION PLUS LOAN PROGRAM    UNSECURED       NOT FILED           .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED        2086.48            .00        2086.48
AT & T WIRELESS            NOTICE ONLY     NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      905.20                         905.20
TOM VAUGHN                 TRUSTEE                                         398.37
DEBTOR REFUND              REFUND                                          430.28

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   8,250.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                       6,516.15
ADMINISTRATIVE                                    905.20
TRUSTEE COMPENSATION                              398.37
DEBTOR REFUND                                     430.28
                         ---------------    ---------------
TOTALS                    8,250.00              8,250.00



               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 46789 LAWRENCE FRAZIER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 12/27/07                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```